UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                  Case Number: 3:15−cr−00011

Dennis Patrick Meehan Hughes

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C. Hanks, Jr

**PLACE:**
Sixth Floor Courtroom
United States District Court
601 Rosenberg
Galveston, TX

**DATE:** 11/3/2015

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Pretrial Conference
Indictment − #16

Date:    October 20, 2015

David J. Bradley, Clerk
