United States District Court
Southern District of Texas
**ENTERED**
November 02, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:15-CR-11 |
| | § | |
| DENNIS PATRICK MEEHAN HUGHES | § | |

## ORDER

Pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A)&(B), the Court finds that the ends of justice which will be served by allowing the defendant additional time in which to prepare this case outweigh the best interest of the public and the defendant in a speedy trial The Court's basis for said finding is that the failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §3161(h)(7)(A)&(B).

Accordingly, it is ordered that defendant's unopposed motion for continuance (Dkt. # 26) is GRANTED and the time between November 2, 2015 and March 14, 2016, is excluded from consideration under Speedy Trial Act, 18 U.S.C. §3161(h). It is further ORDERED that the scheduling order is amended as follows:

**March 7, 2016 @ 10:00 a.m.**   PRETRIAL CONFERENCE before Judge George C. Hanks, Jr.; 601 Rosenberg, 6th Floor Courtroom, Galveston, Texas. **DEFENDANT MUST BE PRESENT.**

**March 14, 2016 @ 9:00 a.m.**   JURY SELECTION and TRIAL.

Signed at Galveston, Texas, this 2nd day of November, 2015.

George C. Hanks, Jr.
United States District Judge