AO 435 (Rev. 04/11)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

*Please Read Instructions:*

| 1. NAME Amy Strickling, Federal Public Defender Office | 2. PHONE NUMBER (253) 593-6710 | 3. DATE 11/3/2015 | |
|---|---|---|---|
| 4. MAILING ADDRESS 1331 Broadway, Suite 400 | 5. CITY Tacoma | 6. STATE WA | 7. ZIP CODE 98402 |
| 8. CASE NUMBER 15-mj-00032 | 9. JUDGE John R. Froeschner | DATES OF PROCEEDINGS 10. FROM 6/10/2015 | 11. TO 6/10/2015 |
| 12. CASE NAME United States v. Dennis P.M. Hughes | LOCATION OF PROCEEDINGS 13. CITY | | 14. STATE Texas |

15. ORDER FOR
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
☐ NON-APPEAL    ☐ CIVIL    ☐ IN FORMA PAUPERIS    ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | | Preliminary/Detention Hrg | June 10, 2015 |
| ☐ BAIL HEARING | | *FBI Agent Testimony Only* | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|
| 18. SIGNATURE s/ Amy Strickling | | PROCESSED BY | |
| 19. DATE 11/3/2015 | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

[Filed stamp: United States Courts, Southern District of Texas, FILED NOV -6 2015, David J. Bradley, Clerk of Court]