UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:15-cr11-01 |
| | § | |
| DENNIS P.M. HUGHES | § | |

# HUGHES' UNOPPOSED MOTION
# TO CONTINUE ALL SETTINGS

Dennis P.M. Hughes, through Neal Davis, files this unopposed motion to continue all dates of all settings, showing specifically:

1. Hughes is charged with several counts involving child pornography.

2. Since he was charged, Hughes has notified the prosecution of his intent to plead guilty. The defense finished reviewing the forensic evidence in the last couple of weeks, and is completing its defense investigation.

3. Hughes is set for pre-trial conference on Monday, March 7, and trial on March 14, 2016.

4. The defense is meeting with prosecutors tomorrow to finalize details of the plea agreement.

5. The defense requests that this Court re-set all settings to re-arraignment for a plea on either March 22 or March 25, 2016.

6. The prosecution is not opposed to a continuance.

Hughes therefore prays that all dates of all settings be continued.

Respectfully submitted,

NEAL DAVIS LAW FIRM, PLLC

/s/
_____
Neal Davis

State Bar No. 24001117
Federal No. 23729
917 Franklin, 6th Floor
Houston, Texas 77002
Telephone: (713) 227-4444
Facsimile:  (800) 769-7140
Email: Neal@NealDavisLaw.com

Defendant's lawyer

## CERTIFICATE OF CONFERENCE

I certify I have emailed Assistant United States Sherri Zack about this Motion to Continue on March 1, 2016, and she is UNOPPOSED.

/s/
_____
Neal Davis

## CERTIFICATE OF SERVICE

I certify that copy of this memorandum has been sent to the Assistant United States Attorney on March 1, 2016, via PACER/ECF filing.

/s/
_____
Neal Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:15-cr11-01 |
| | § | |
| DENNIS P.M. HUGHES | § | |

**ORDER**

Whereas, Hughes and his attorney have filed a motion requesting a continuance setting forth the grounds for continuance in the attached motion, the Court finds that the ends of justice would be served to the best interest of the public and the defendant, pursuant to Title 18, United States Code, Section 3161(h)(8), <u>et seq</u>, by the granting on the motion for continuance of sentencing, and the period of delay resulting from granting this continuance shall be excludable under the Speedy Trial Act at 18 U.S.C. 3161.

The motion for continuance is granted and a new scheduling order shall issue.

_____
UNITED STATES DISTRICT JUDGE