United States District Court
Southern District of Texas
**ENTERED**
March 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:15-CR-11-1 |
| | § | |
| DENNIS PATRICK MEEHAN HUGHES | § | |

## ORDER

Pending before the Court is Hughes' unopposed motion to continue all settings (Dkt. 33). In accordance with 18 U.S.C. § 3161, the basis for the continuance is the finding that the ends of justice served in granting such continuance outweigh the best interests of the public and the Defendant in a speedy trial.

The Court finds that, pursuant to 18 U.S.C. § 3161, a failure to grant continuance in this case would deny counsel for the Defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence and would thereby result in a miscarriage of justice for the Defendant.

Denial of the reasonable time necessary for effective trial preparation is expressly enunciated in 18 U.S.C. § 3161 as a factor in determining that a continuance in the ends of justice would outweigh the public's interest in a speedy trial.

**IT IS HEREBY ORDERED** that Hughes' unopposed motion to continue all settings (Dkt33) is **GRANTED**. A period of excludable delay shall commence from today, March 3, 2016 to March 22, 2016, pursuant to 18 U.S.C. § 3161.

It is further ORDERED that a re-arraignment is set for **March 22, 2016 at 2 p.m**.

_3/3/16_
Date

_George C. Hanks_
George C. Hanks, Jr.
United States District Judge

1 / 1