United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 3:15-CR-11-1 |
| § | |
| DENNIS PATRICK MEEHAN HUGHES § | |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count 1,2 and 3, a presentence report is ordered.

1. By April 26, 2016, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By May 10, 2016, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By May 24, 2016, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for June 1, 2016, at 2:30 p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. A defendant who is on bond must go immediately—with a copy of this order—to:

United States Probation Department
601 Rosenberg St., 4th Floor, Galveston, TX  77553
Telephone:  (409) 766-3733

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED at Galveston, Texas, this 22nd day of March, 2016.

George C. Hanks, Jr.
United States District Judge