United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CRIMINAL NO: 3:15-cr-11 |
| | § § | |
| DENNIS PATRICK MEEHAN HUGHES | § | |
| Defendant. | § | |

## PRELIMINARY ORDER OF FORFEITURE

On March 22, 2016, Defendant, Dennis Patrick Meehan Hughes, pleaded guilty to receipt of child pornography, access with intent to view child pornography, and possession of child pornography as charged in Counts One through Three of the Indictment. The Indictment provided the Defendant notice that, in the event of conviction, the United States would seek to forfeit, pursuant to 18 U.S.C. § 2253(a), all property real and personal, used or intended to be used to commit or to promote the commission of the offenses, or any property traceable to such property. Based on the record, the Court finds that the United States has established the requisite nexus between the property listed below and the offenses of conviction. Accordingly, the Court ORDERS that:

(1) The following property is forfeited to the United States of America:

    a)  1 HP Elitebook 8560W;
    b)  3 Kingston thumb drives;
    c)  1 black HP thumb drive;
    d)  1 Sandisk thumb drive; and
    e)  1 white thumb drive.

(2) The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

(3) Any person, other than the Defendant, asserting a legal interest in the forfeited property

may, within thirty (30) days of the final publication of notice or receipt of notice, whichever is earlier, petition the Court for a hearing to adjudicate the validity of their alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, Southern District of Texas, Galveston Division, United States Post Office and Courthouse, 601 Rosenberg, Room 411, Galveston, Texas 77550. A copy of the petition shall be sent to Lori Roth, Assistant United States Attorney, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

(4) Pursuant to Fed. R. Crim. P. 32.2(b)(4), the forfeiture shall be made part of the Defendant's sentence and included in the judgment.

Signed at Galveston, Texas, on _____March 22_____, 2016.

_____
George C. Hanks, Jr.
United States District Judge