United States District Court
Southern District of Texas

**ENTERED**

March 23, 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:15-cr11-01 |
| | § | |
| DENNIS P.M. HUGHES | § | |

## ORDER

Whereas, Hughes and his attorney have filed a motion requesting Dr. Donna Hughes to disclose any and all information regarding individual counseling of Dennis Hughes, this motion is GRANTED and Dr. Donna Hughes is hereby granted permission by this Court to discuss and disclose any and all information regarding her individual treatment of Dennis Hughes as part of the federal treatment plan and/or of a condition of pre-trial release.

Signed March 22, 2016.

_____
UNITED STATES DISTRICT JUDGE