UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA        §
                                §
v.                              §            3:15-cr11-01
                                §
DENNIS P.M. HUGHES              §

**HUGHES' UNOPPOSED MOTION
TO ALLOW HIM TO ATTEND SAA MEETINGS IN PERSON**

Dennis P.M. Hughes, through Neal Davis, files this unopposed motion

to allow Hughes to attend Sex Addicts Anonymous (SAA) meetings in person,

showing specifically:

1. Hughes is charged with several counts involving child pornography.

He pled guilty on Tuesday, March 22, 2016.

2. Hughes was released on bond and, as a condition of bond, has been

undergoing individual counseling with Dr. Donna Hughes as part of his

federal treatment program.  She is a licensed sex offender treatment provider.

Hughes has also gone well beyond this mandatory treatment and has been

voluntarily undergoing group treatment with Dr. Hughes *as well as regularly*

*attending Sex Addicts Anonymous meetings.*

3. Specifically, as part of Hughes' federal treatment plan, he started

*individual* treatment on June 19, 2015, and has attended two individual

sessions per month (for a total of 18 sessions). He has had perfect attendance to all of his sessions.  He has attended 26 *group* sessions for sexual offenders. These sessions are currently voluntary, and he attends on a weekly basis.  *He currently also participates in daily SAA meetings by phone. He did attend 2-3 meetings per week in person, in addition to the phone meetings, until in-person meeting was prohibited by US Pre-Trial Services based on a new policy of the central office in Washington, DC.*

4. Dennis Hughes would like to attend these SAA meetings in person as he is committed to getting better through treatment and the meetings are more effective in person.

5. Undersigned has emailed prosecutor Sherri Zack and she is unopposed to this request for disclosure. She said same to this Court after the plea was taken.

Hughes therefore prays that this motion be granted.

Respectfully submitted,


NEAL DAVIS LAW FIRM, PLLC

/s/

_____
Neal Davis

State Bar No. 24001117
Federal No. 23729
917 Franklin, 6th Floor
Houston, Texas 77002
Telephone: (713) 227-4444
Facsimile:   (800) 769-7140
Email: Neal@NealDavisLaw.com

Defendant's lawyer


## CERTIFICATE OF CONFERENCE

I certify I have spoke to Assistant United States Sherri Zack about this

Motion on March 23, 2016, and she is UNOPPOSED.


/s/

_____
Neal Davis

## **CERTIFICATE OF SERVICE**

I certify that copy of this Motion has been sent to the Assistant United

States Attorney on March 23, 2016, via PACER/ECF filing.


/s/

_____

Neal Davis

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:15-cr11-01 |
| | § | |
| DENNIS P.M. HUGHES | § | |

**ORDER**

Whereas, Hughes and his attorney have filed a motion requesting that Hughes be allowed to attend, in person, SAA meetings, it is GRANTED and Pre-Trial Services is ordered to allow Hughes to henceforth attend these meetings in person, so long as he notifies Pre-Trial Services the date and time of these meetings ahead of time.

Signed March _____, 2016.

_____
UNITED STATES DISTRICT JUDGE