United States District Court
Southern District of Texas
**ENTERED**
March 28, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | 3:15-cr11-01 |
| DENNIS P.M. HUGHES | § § | |

**ORDER**

Whereas, Hughes and his attorney have filed a motion requesting that Hughes be allowed to attend, in person, SAA meetings, it is GRANTED and Pre-Trial Services is ordered to allow Hughes to henceforth attend these meetings in person, so long as he notifies Pre-Trial Services the date and time of these meetings ahead of time.

Signed March 24, 2016.

_George C. Hanks_
UNITED STATES DISTRICT JUDGE