UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:15-cr11-01 |
| | § | |
| DENNIS P.M. HUGHES | § | |

# HUGHES' UNOPPOSED MOTION
## TO CONTINUE THE PSR DUE DATE AND SENTENCING

Dennis P.M. Hughes, through Neal Davis, files this unopposed motion to continue the PSR due date and sentencing, showing specifically:

1. Hughes is charged with several counts involving child pornography.

2. He has pled guilty.

3. He has met with the PSR writer and he would like additional time to provide documents responsive to the PSR writer's request, including but not limited to a letter from his sex offender treatment provider and evidence that might support any variance. Additionally, he is set to undergo additional testing with a defense expert.

4. The PSR is due today. He is set for a plea on June 1, 2016.

5. Undersigned has contacted the PSR writer and the prosecution, and they are unopposed to this continuance.

Hughes therefore prays that the PSR due date and the sentencing date be continued.

Respectfully submitted,

NEAL DAVIS LAW FIRM, PLLC

/s/
_____
Neal Davis

State Bar No. 24001117
Federal No. 23729
917 Franklin, 6th Floor
Houston, Texas 77002
Telephone: (713) 227-4444
Facsimile:  (800) 769-7140
Email: Neal@NealDavisLaw.com

Defendant's lawyer

## CERTIFICATE OF CONFERENCE

I certify I have emailed Assistant United States Sherri Zack about this Motion to Continue on April 20, 2016, and she is UNOPPOSED, and spoke to the PSR writer on this date who is unopposed as well.

/s/
_____
Neal Davis

## **CERTIFICATE OF SERVICE**

I certify that copy of this Motion to Continue has been sent to the Assistant United States Attorney on April 20, 2016, via PACER/ECF filing.

/s/
_____
Neal Davis

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | 3:15-cr11-01 |
| DENNIS P.M. HUGHES | § | |

**ORDER**

Whereas, Hughes and his attorney have filed a motion requesting a continuance setting forth the grounds for continuance in the attached motion, the Court finds that the ends of justice would be served to the best interest of the public and the defendant, pursuant to Title 18, United States Code, Section 3161(h)(8), <u>et seq</u>, by the granting on the motion for continuance of sentencing, and the period of delay resulting from granting this continuance shall be excludable under the Speedy Trial Act at 18 U.S.C. 3161.

The motion for continuance is granted and a new scheduling order shall issue.

_____
UNITED STATES DISTRICT JUDGE