United States District Court
Southern District of Texas
**ENTERED**
May 20, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:15-CR-11 |
| | § | |
| DENNIS PATRICK MEEHAN HUGHES | § | |

## ORDER FOR EXPEDITED RESPONSE

Defendant's Opposed Motion to Withdraw His Plea (Dkt. 44) was filed on May 16, 2016. A response to this motion is required on an expedited basis. The response is due on or before **May 23, 2016.**

It is further ORDERED that a motion hearing is set for **June 1, 2016** at **2:30 p.m.** in the Sixth Floor Courtroom.

SIGNED at Galveston, Texas on May 19, 2016.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE