United States District Court
Southern District of Texas
**ENTERED**
May 23, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:15-CR-11 |
| | § | |
| DENNIS PATRICK MEEHAN HUGHES | § | SEALED |

## ORDER

The Government's Unopposed Motion for Extension of Time to File a Response (Dkt. 46) is **GRANTED.**

It is therefore **ORDERED** that the response deadline to Hughes' Opposed Motion to Withdraw His Plea Due to Pre-Sentencing Court Decisions that, If Followed, Would Require Suppression of the Evidence Against Him (Dkt. 44) is extended up to and including **May 27, 2016.**

SIGNED at Galveston, Texas, this 23rd day of May, 2016.

George C. Hanks Jr.
United States District Judge