UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 3:15-CR-11 |
| | § | |
| DENNIS PATRICK MEEHAN HUGHES | § | |

### ORDER

Whereas, Hughes and his attorney have filed a motion requesting a continuance setting forth the grounds for continuance in the attached motion, the Court finds that the ends of justice would be served to the best interest of the public and the defendant, pursuant to Title 18, United States Code, Section 3161(h)(8), et seq, by the granting on the motion for continuance of sentencing, and the period of delay resulting from granting this continuance shall be excludable under the Speedy Trial Act at 18 U.S.C. 3161.

The Motion for Continuance (Dkt. 51) is **GRANTED**. The deadlines are extended as follows:

1. By **July 7, 2016**, the initial presentence report must be disclosed to counsel.

2. By **July 21, 2016**, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **August 4, 2016**, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. Sentencing is RESET for **September 1, 2016**, at **11:00 a.m**.

SIGNED at Galveston, Texas, this 21st day of June, 2016.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge