UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>GERALD LESAN,<br><br>　　　　　　Defendant. | CASE NO. CR15-387RJB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR WITHDRAWAL OF GUILTY PLEA |

This matter comes before the court on the above-referenced motion (Dkt. 61). The court is familiar with the records and files herein and has considered the argument of counsel and the statements of the defendant. For the reasons reflected in the moving papers, and for the reasons stated orally by the court on July 28, 2016, it is now

ORDERED that the Motion to Withdraw Guilty Plea (Dkt. 61) is GRANTED, and the guilty plea entered by the defendant on May 4, 2016, is WITHDRAWN.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 28th day of July, 2016.

　　　　　　　　　　　*/s/ Robert J. Bryan*
　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　United States District Judge

ORDER GRANTING DEFENDANT'S MOTION
FOR WITHDRAWAL OF GUILTY PLEA- 1