1

2

3

4

5

6

7

8

9              UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, | No. SA CR 15-137-CJC |
| 13            Plaintiff, | ORDER CONTINUING  TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE |
| 14            v. | TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT; SETTING BRIEFING |
| 15  JOSE ANTONIO ACEVEDO-LEMUS, | SCHEDULE; AND WITHRDRAWING PLEA AGREEMENT |
| 16            Defendant. | **[PROPOSED] TRIAL DATE: 8-30-16** |

17

18

19         Having heard from plaintiff, the United States of America, by

20  and through its counsel of record, Assistant United States Attorney

21  Jennifer L. Waier, and defendant, Jose Antonio Acevedo-Lemus, both

22  individually and by and through his counsel of record, Deputy Public

23  Defender Andrea Jacobs, at a status conference held before this

24  Court on May 2, 2016, and having read and considered the stipulation

25  filed by the parties in this matter, the Court hereby finds that

26  there is good cause for a finding of excludable time pursuant to the

27  Speedy Trial Act, 18 U.S.C. § 3161.

28

The Court further finds that the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued from May 9, 2016 to **August 30, 2016 at 8:30 a.m.** and the status conference is continued to **August 22, 2016 at 9:00 a.m.**

2.   The time period of May 10, 2016 to August 30, 2016, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

4.   The Court sets the hearing on defendant's motion to suppress for **August 1, 2016 at 9:00 a.m.**  The Court sets the following briefing schedule: defendant's suppression motion to be filed on June 17, 2016; government's opposition to be filed on July 1, 2016; and defendant's reply, if any, to be filed on July 18, 2016.

1       5.    The Plea Agreement filed by the parties on April 19, 2016

2 is hereby WITHDRAWN.  The parties are no longer bound by its terms.

3     IT IS SO ORDERED.

5 May 4, 2016
DATE                                       CORMAC J. CARNEY
6                                 UNITED STATES DISTRICT JUDGE

3