UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                     Case Number: 3:15−cr−00011

Dennis Patrick Meehan Hughes

NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Sixth Floor Courtroom
United States District Court
601 Rosenberg
Galveston, TX

**DATE:** 12/5/2016

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Sentencing
Notice of Setting/Resetting FORM − CR − #70

Date:    November 7, 2016

David J. Bradley, Clerk